# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Audit Committee, Committee to Encourage Judicial Service | NY City Bar Association |
| 2. | Member | ABA Standing Committee on Federal Judicial Improvements |
| 3. | Member | ABA Standing Committee on Continuing Legal Education |
| 4. | Member Council, Audit Committee | American Law Institute |
| 5. | Fellow | American Bar Foundation |
| 6. | Fellow | New York Bar Foundation |
| 7. | Chair | ABA Business Law Section ABA Relations Committee |
| 8. | Member Executive Committee | Harvard Law School Association |
| 9. | Member Board | New York Law Institute |
| 10. | Judge | CPR Awards for Excellence in ADR |
| 11. | Co Chair Pro Bono Subcommittee | ABA Business Law Section Business Bankruptcy Committee |
| 12. | Chair International Judicial Relations Comm, Member ABA Relations Comm | National Conference of Bankruptcy Judges |
| 13. | Member Bankruptcy, Pro Bono, and Foundation Law Committees | Brooklyn Bar Association |
| 14. | Member Executive Committee | ABA Judicial Division National Conference of Federal Trial Judges |
| 15. | Board Member, Executive Committee Member, Chair Programs and Pubs Committee | Practising Law Institute |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | St. John's University School of Law - teaching | $6,000.00 |
| 2. 2012 | Brooklyn Law School - teaching | $11,000.00 |
| 3. 2012 | Fordham Law School - teaching | $2,012.00 |
| 4. 2012 | World Bank | $6,100.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Federal Reserve Bank of New York retirement benefit (spouse) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 12-15, 2012 | Palm Beach, FL | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | PRIME Finance | January 15-17, 2012 | The Hague, Netherlands | PRIME Finance conference | transportation, meals, lodging |
| 3. | American Law Institute | January 26-27, 2012 | Philadelphia, PA | ALI Council Meeting | transportation, meals, lodging |
| 4. | American Bankruptcy Institute | February 2-4, 2012 | San Juan, PR | ABI conference | transportation, meals, lodging |
| 5. | American Bar Association and New York State Bar Association | February 4-7, 2012 | New Orleans, LA | ABA Midyear Meeting | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bar Association | March 21-24, 2012 | Las Vegas, NV | ABA Business Law Section meeting | transportation, meals, lodging |
| 7. | International Judicial Academy | April 10-18, 2012 | Beijing, China | IJA workshops | transportation, meals, lodging |
| 8. | International Bar Association | April 24-27, 2012 | London, England | IBA conference | transportation, meals, lodging |
| 9. | World Bank-International Finance Corp. | May 21-25, 2012 | Beirut, Lebanon | World Bank-IFC workshop | transportation, meals, lodging |
| 10. | American Bar Association | May 31, 2012 | Boston, MA | ABA conference | transportation, meals |
| 11. | Department of Int'l and European Insolvency Law | June 2-5, 2012 | Cologne, Germany | IEI conference | transportation, meals, lodging |
| 12. | International Insolency Institute and American Law Institute | June 20-22, 2012 | Paris, France | III conference | transportation, meals, lodging |
| 13. | Netherlands Association for Comparative and International Insolvency Law | June 25-27, 2012 | Amsterdam, the Netherlands | NACIIL conference | transportation, meals, lodging |
| 14. | American Bankruptcy Institute | July 12-15, 2012 | Mount Washington, NH | ABI conference | transportation, meals, lodging |
| 15. | American Bar Association | July 31-August 7, 2012 | Chicago, IL | ABA Annual Meeting | transportation, meals, lodging |
| 16. | Argentine Institute for Commercial Law | August 27-28, 2012 | Buenos Aires, Argentina | AICL (IADC) conference | transportation, meals, lodging |
| 17. | International Bar Association | September 29- October 4, 2012 | Dublin, Ireland | IBA conference | transportation, meals, lodging |
| 18. | American Bar Association, National Conference of Bankruptcy Judges | October 23-27, 2012 | San Diego, CA | ABA and NCBJ conference | transportation, meals, lodging |
| 19. | American Bar Association | November 2-4, 2012 | Fort Lauderdale, FL | ABA Standing Committee meeting | transportation, meals, lodging |
| 20. | American Bar Association | November 15-16, 2012 | Washington, DC | ABA Business Law Section | transportation, meals, lodging |
| 21. | World Bank-Intrernational Finance Corp. | November 23-27, 2012 | Cairo, Egypt | World Bank-IFC conference | transportation, meals, lodging |
| 22. | World Bank - International Finance Corp. | December 5-8, 2012 | Monrovia, Liberia | World Bank-IFC workshop | transportation, meals, lodging |
| 23. | American Law Institute | December 11, 2012 | Philadelphia, PA | ALI seminar | transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan accounts | A | Interest | O | T | | | | | |
| 2. Citibank accounts | D | Interest | O | T | | | | | |
| 3. HSBC accounts | B | Interest | N | T | | | | | |
| 4. Teachers Credit Union accounts | B | Interest | K | T | | | | | |
| 5. Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6. AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7. ExxonMobil Corp. common stock | B | Dividend | L | T | | | | | |
| 8. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9. Banco Popular - PR CD | A | Interest | | | Redeemed | 01/27/12 | M | | |
| 10. Sovereign BK FSB DE CD | A | Interest | M | T | Buy | 01/26/12 | M | | |
| 11. Bank of China - NY CD | A | Interest | | | Redeemed | 04/27/12 | M | | |
| 12. Bank of China - NY CD | A | Interest | M | T | Buy | 05/01/12 | M | | |
| 13. Bank India NY CD | A | Interest | M | T | Buy | 09/12/12 | M | | |
| 14. GE Capital Retail - UT - CD | A | Interest | | | Redeemed | 09/04/12 | M | | |
| 15. Suffolk Cnty NY Water Auth Wtrwks Rev | A | Interest | K | T | | | | | |
| 16. New York St Twy Auth Gen Rev SER F | B | Interest | K | T | | | | | |
| 17. New York St Environ Facs | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rockland Cnty NY Var Purp | A | Interest | K | T | | | | | |
| 19. New York NY Rfdg-SER G | A | Interest | K | T | | | | | |
| 20. Triborough Brdg & Tunl Auth NY Revs | B | Interest | K | T | | | | | |
| 21. Great Neck North Wtr Auth Wtr Sys Rev | B | Interest | K | T | | | | | |
| 22. East Hampton Twn NY Var Purp | A | Interest | K | T | | | | | |
| 23. Nassau Cnty NY Gen Impt-SER E | A | Interest | K | T | | | | | |
| 24. Western Asset Instl Liquid Res | A | Dividend | K | T | | | | | |
| 25. WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 26. WF&G 401K Plan-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 27. Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 28. Rental Property, Kings County, New York | E | Rent | N | W | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Alcatel-Lucent ADRs has been deleted from Part VII - Investments and Trusts as it falls below the reporting value of $1000 and was marked with a (Y) in my report for 2011.

Nine municipal bonds have been added to Part VII - Investments and Trusts that I acquired in January 10 and 11 and April 21, 2011. These were erroneously omitted in my report for 2011. The bonds and acquisition dates are as follows:

Suffolk Cnty NY Wtr Auth Wtrwks Rev, acquired on April 21, 2011
New York St Twy Auth Gen Rev Ser F, acquired on January 10, 2011
New York St Environmental Facs, acquired on January 10, 2011
Rockland Cnty NY Var Purp, acquired on January 10, 2011
New York NY Rfdg-SER G, acquired on January 10, 2011
Triborough Brdg & Tunl Auth NY Revs, acquired on January 10, 2011
Great Neck North NY Wtr Auth Wtr Sys Rev, acquired on January 10, 2011
East Hampton Twn NY Var Purp, acquired on January 10, 2011
Nassau Cnty NY Gen Impt-SER E, acquiared on January 10, 2011

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Elizabeth S. Stong**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544